**Darryl NELSON, Appellant,**

v.

**Lili ADAMS, Respondent.**

**No. WD 71291.**

Missouri Court of Appeals,
Western District.

March 8, 2011.

Darryl Nelson, Appellant pro se.

Stephen D. Hawke, Jefferson City, MO, for respondent.

Before Division One: JAMES M. SMART, JR., P.J., MARK PFEIFFER and CYNTHIA L. MARTIN, JJ.

### *ORDER*

PER CURIAM:

Darryl Nelson appeals the judgment dismissing his petition for writ of mandamus. He argues on appeal that he is entitled to jail-time credit. The judgment is affirmed. Rule 84.16(b).

■

**Warren R. COLLINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 71814.**

Missouri Court of Appeals,
Western District.

March 8, 2011.

Rosemary E. Percival, Assistant Public Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division II: KAREN KING MITCHELL, Presiding Judge, and JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges.

### Order

PER CURIAM:

Warren R. Collins appeals the Circuit Court of Buchanan County, Missouri's denial of his motion for post-conviction relief pursuant to Rule 24.035. We affirm the judgment of the motion court. Rule 84.16(b).